UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERman ) | |
| ) | |
| v. ) | Case No. 24-cv-10939 |
| ) | |
| ENGLEWOOD HOSPITAL ) | |

## MOTION TO WITHDRAW AS ATTORNEY

     Jonathan Gross, attorney of record for Plaintiff Dahlia Berman respectfully moves this Court for an order permitting withdrawal as counsel. Movant has accepted employment with a government agency that prohibits its employees from engaging in the private practice of law outside of official government responsibilities. As a result, Movant is unable to continue representing Plaintiff in this matter. Plaintiff is represented by lead counsel Sarah Spitalnick and local counsel Ronald Coleman who have already entered an appearance in this case and will continue to represent Ms. Berman. Ms. Berman consents to Movant's withdrawal as attorney of record. Movant's withdrawal will not prejudice the rights of the opposing parties, as Plaintiff is still represented by his lead counsel and local counsel, and this motion will not delay or disrupt the proceedings.

WHEREFORE, Movant respectfully requests that this Court grant the motion and enter an order permitting Jonathan Gross to withdraw as attorney of record for Plaintiff Dahlia Berman in this matter, and for such other relief as the Court deems just and proper.

Dated: May 13, 2025                                                       Respectfully submitted,

                                                                                /s/ Jonathan Gross
                                                                                Jonathan Gross
                                                                                2833 Smith Ave, Suite 331
                                                                                Baltimore, MD 21209
                                                                                (443) 813-0141
                                                                                jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, a true and correct copy of the foregoing Motion was served via ECF on all counsel of record and parties entitled to notice in this case.

/s/ Jonathan Gross